CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Mary Melton, Esq., SBN 164407
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARCUS T. BROWN (SBN: 255662)
marcus@marcusbrownlaw.com
LAW OFFICE OF MARCUS T. BROWN
3100 Oak Road, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 482-8950
Facsimile: (925) 482-8975
Attorney for Defendant
Cantrell's Computer Sales & Service

DAVID J. BOWIE (SBN: 50167)
dave@bowieschafferlaw.com
ERIC C. SCHAFFER (SBN: 221883)
BOWIE & SCHAFFER
2255 Contra Costa Blvd, Suite 305
Pleasant Hill, CA 94523
Telephone: (925) 939-5300
Facsimile: (925) 609-9670
Attorneys for Defendant
Agnes Ann Lussing Bailie

IT IS SO ORDERED
Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>AGNES ANN LUSSINGBAILIE, in her individual and representative capacity as trustee; CANTRELL'S COMPUTER SALES & SERVICE, a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 3:17-CV-03013-SI<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal          Case: 3:17-CV-03013-SI

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 8/28/17                    CENTER FOR DISABILITY ACCESS


                                  By: _____/s/Phyl Grace_____
                                       Phyl Grace
                                       Attorneys for Plaintiff


Dated: 8/16/17                    LAW OFFICE OF MARCUS T. BROWN


                                  By: __/s/Marcus T. Brown_____
                                       Marcus T. Brown
                                       Attorney for Defendant
                                       Cantrell's Computer Sales & Service


Dated: 8/28/17                    BOWIE & SCHAFFER

                                  By: ____/s/David J. Bowie_____
                                       David J. Bowie
                                       Eric C. Schaffer
                                       Attorneys for Defendant
                                       Agnes Ann Lussing Bailie
                                       Frame, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Marcus T. Brown and David J. Bowie, counsel for Cantrell's Computer Sales & Service and Agnes Ann Lussing Bailie, respectively, and that I have obtained Mr. Brown's and Mr. Bowie's authorization to affix their electronic signature to this document.

Dated: 8/28/17                CENTER FOR DISABILITY ACCESS


By: __/s/Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff